UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                              CASE NO. 17-02978-JJG-13
BONITA DIANE JONES

**NOTICE OF FINAL CURE PAYMENT**

    Pursuant to Federal Rules of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full and the Debtor(s) has completed all payments under the plan.

**Name of Creditor**:  MAIN STREET CAPITAL PARTNERS LLC

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 7 | 9315 | $928.60 | 928.60 |

| | |
|---|---|
| Amt to Pay\Arrears | $928.60 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $928.60 |

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 7 | 9315 | $19000.30 | 19000.30 |

| | |
|---|---|
| Amt to Pay\Arrears | $19000.30 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $19000.30 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

   X    Through the Chapter 13 Conduit          Direct by the Debtor(s)

      Within 21 days of service of this Notice, the creditor MUST file and serve on the Debtor, Debtor's counsel, and the Trustee, pursuant to Fed.R.Bank.P.3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, cost or negative escrow amounts due, and whether, consistent with § 1322(b)(5), the Debtor is otherwise current on all payments, or be subject to further action of the Court.

      The statement shall itemize the required cure or post-petition amounts, if any, that the Creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed.R.Bank.P.3001(f). Failure to notify may result in sanctions.

                                                           Respectfully Submitted,

June 9, 2021

                                                   /s/ Ann M.DeLaney  
                                                 Ann M. DeLaney, Trustee  
                                                 P.O. Box 441285  
                                                 Indianapolis, IN   46244  
                                                 Telephone: (317) 829-7360  
                                                 Facsimile: (317) 829-7369  
                                                 Email:anndelaney341@trustee13.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 9 day of June, 2021.

BONITA DIANE JONES
1839 KAYLA DRIVE
INDIANAPOLIS, IN. 46234


WALTON LEGAL SERVICES, P.C.
ATTORNEYS AT LAW
5610 CRAWFORDSVILLE RD STE 1200
INDIANAPOLIS, IN. 46224-

MAIN STREET CAPITAL PARTNERS LLC
P.O. BOX 2553
FAIR OAKS, CA. 95628-



U.S. Trustee

                                                    /s/ Ann M. DeLaney
                                                Ann M. DeLaney, Trustee